IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 MAR 12  P 3: 02

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND *et al.* | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO.: ) 1:11-cv-03127-ELH |
| FEDERAL PAINTING | ) ) ) |
| Defendant. | ) |

Approved –
ELH
USDJ 3/12/12

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party or an answer or a motion for summary judgment.

Respectfully submitted,

Date: March 7, 2012

/s/ Judith A. Sznyter
JUDITH A. SZNYTER
Bar No. 29743
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0641
Fax: 215-922-3524
jduczkowski@jslex.com

391873
PTINTF.32674